IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE CELLULAR TELEPHONE WITH ASSIGNED CALL NUMBER (857) 452-0131, WITH INTERNATIONAL MOBILE SUBSCRIBER IDENTITY 310240231531472 | No. 2:24-mj-292-KFW |

**AFFIDAVIT IN SUPPORT OF
<u>AN APPLICATION FOR A SEARCH WARRANT</u>**

I, Jonathan Duquette, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.  I make this affidavit in support of an application for a search warrant for information associated with a certain cellular telephone assigned call number (857) 452-0131, with International Mobile Subscriber Identity/Electronic Serial Number 310240231531472 ("the TARGET PHONE"), that is stored at premises controlled by T-MOBILE, a wireless telephone service provider headquartered at 4 Sylvan Way, Parsippany, New Jersey. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require T-MOBILE to disclose to the government copies of the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government authorized persons will review the information to locate items described in Section II of Attachment B.

2.  I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been in this position since June 2015, and I have been a Task Force Officer in FBI's Boston Division since January 2018. I am also a Border Patrol Agent with the

U.S. Border Patrol and have been in this position since December 2009. In my career, I have utilized various investigative tools and techniques, to include the use of search warrants.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested search warrant.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. §§ 841, 843, and 846 have been committed, are being committed, and will be committed by the user of the SUBJECT PHONE. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, or fruits of these crimes as further described in Attachment B.

## PROBABLE CAUSE

5. I hereby adopt and incorporate by reference the Affidavit filed in the United States District Court, District of Maine, currently pending at Case No. 2:24-mj-269-KFW, attached hereto as Exhibit 3. That warrant authorized the search of two Apple iPhones, Target Device 1 (recovered from 42 Gage Street, Apartment 1, Augusta, Maine) and Target Device 2 (seized from Target Subject JENSY PEREZ, hereafter "JENSY") that were seized during law enforcement operations June 18, 2024. Exhibit 3 itself adopted and incorporated by reference the Affidavit filed in the United States District Court, District of Maine, Case No. 2:24-mj-201 as Exhibit 2. That warrant authorized the search of JENSY's person. Exhibit 2 itself adopted and incorporated by reference the Affidavit filed in the United States District Court, District of Maine, Case

2

No. 2:24-mj-196-KFW as Exhibit 1(a). Exhibit 1(a) authorized the search of JENSY's apartment located at 42 Gage Street, Apartment 1, Augusta, Maine. Exhibit 1(a) itself adopted and incorporated by reference the Affidavit filed in the United States District Court, District of Maine, Case No. 2:24-mj-194-KFW as Exhibit 1. Exhibit 1 itself adopted and incorporated by reference the Affidavit filed in the United States District Court, District of Maine, Case No. 2:24-mj-132-KFW as Exhibit A.

6. As reflected in incorporated process, Target Subjects JENSY and JEREMY XXXXX[1] were trafficking large quantities of illegal drugs from Massachusetts into Maine.

7. I interviewed a cooperating defendant ("CD-1") who is expected to plead guilty to federal drug trafficking and firearms charges, and who trafficked methamphetamine, fentanyl and cocaine into southern and western Maine. CD-1 is cooperating with this investigation in the hopes of receiving leniency at sentencing. From that interview, I learned, among other things, the following:

8. CD-1 identified their most recent drug supplier as "Fatpocket" who utilized telephone number (857) 452-0131, the TARGET PHONE. CD-1 purchased pound quantities of methamphetamine, half kilogram quantities of cocaine and kilograms of "pure" fentanyl from Fatpocket. CD-1 would cut (dilute) the pure fentanyl with lactose and turn one kilogram of pure fentanyl into ten kilograms of sellable product. CD-1 did not want anyone to overdose on their fentanyl mixture, so they made sure their fentanyl mixture was thoroughly diluted. When CD-1 communicated with Fatpocket, he

---

[1] Target Subject JEREMY XXXXX is a juvenile from Massachusetts. His full identity is known to the FBI, however, it is not being disclosed in this affidavit.

3

(Fatpocket) claimed to have access to 20 pounds of drugs and was trying to persuade CD-1 to take extra drugs. CD-1 claimed they spoke to Fatpocket on Facetime using the number assigned to the TARGET PHONE.

9. CD-1 introduced JEREMY to Fatpocket so JEREMY could purchase drugs from Fatpocket. CD-1 said JEREMY's typical purchase was for two to three pounds of methamphetamine, half a kilogram of fentanyl, and one-quarter kilogram of cocaine. CD-1 said JEREMY would send a "runner" down to Massachusetts to meet Fatpocket and then return to Maine with the drugs.

10. I reviewed Target Device 2 from Exhibit 3, an Apple iPhone 15 Pro Max seized from JENSY, with assigned call number (860) 637-9869. In Target Device 2, I located a text message conversation that occurred between about June 5, 2024, and about June 17, 2024, between JENSY and contact "Fatpocket" with assigned call number of the TARGET PHONE. Of Note, Target Device 2 was seized from JENSY on June 18, 2024, and has been in the custody of the FBI since. Below are parts of their conversation:



11. In the above conversation, JENSY provided the address of 262 Western Avenue, Augusta, Maine. Based on a Google Search, that address is a Rusty Lantern Market and Irving Gas Station in Augusta, Maine. Their conversation continued:





12.     As shown above, most of their conversation is in Spanish. I utilized Google Translate to translate the conversation from Spanish to English. Fatpocket told JENSY to call him (Llámame). JENSY responded with an address of 138 Old County Road, Bryant Pond, Maine. Fatpocket followed up with a photograph of a phone showing Google Map directions to the address 138 Old County Road, Bryant Pond, Maine indicating Fatpocket was two hours and 23 minutes away from the location. The Google Map Street view on the phone showed a vacant lot. Fatpocket followed up with, it is there[?] (es hay). JENSY replied, yes (Si). Fatpocket followed up with, That's parking [?] (Eso es parqueo) and then old [?] (Viejo). JENSY responded, no the house is there (No la casa ta ahi). JENSY continued, you know that is a very old photo (Tu sabe que eso es una foto viejisima).

13.     On about June 15, 2024, Fatpocket sent JENSY a video showing plastic wrap and a bundle of United States currency wrapped in plastic. The video was in Spanish and was narrated by what sounded like a man's voice. I had a native Spanish speaker listen to the video and describe what the person was saying. The narrator said the rolls (of plastic wrap) can be purchased at Walmart and have a blue handle. He continued that he wanted his money wrapped in plastic wrap on the next delivery[2]. A screenshot of the video is below.

---

[2] This is not a verbatim translation of the video, it is a general description of what was said.



14.    I am familiar with the address of 138 Old County Road, Bryant Pond, Maine, as it was where the FBI executed a search warrant (United States District Court, District of Maine Case No. 2:24-mj-199-KFW) on about June 18, 2024, and encountered JEREMY and others. Approximately 200 grams of methamphetamine, approximately 100 grams of fentanyl, and two firearms were seized during the warrant. It is also where JEREMY was arrested by local authorities and charged with state drug charges.

15.    I reviewed subscriber and call detail records (CDRs) received from T-Mobile on the TARGET PHONE. No information was listed for the subscriber which likely means it is a pre-paid phone service (i.e. TracFone). CDRs indicated the TARGET PHONE was active on the evening of September 8, 2024 (last used at 11:49 PM), and the records were requested on the morning of September 9, 2024. The CDRs showed the TARGET PHONE attempted to contact JENSY at least four times after JENSY's phone was seized by the FBI. The last known attempt was on August 20, 2024. CDRs also showed the TARGET PHONE was in contact with a known telephone number for a main target of the FBI North Shore Gang Task Force (located in Massachusetts). The TARGET PHONE contacted the North Shore Gang Task Force's target 28 times between May 5,

2024, and June 16, 2024. On August 14, 2024, the North Shore Gang Task Force's target was indicted on federal drug and firearms charges.

## ADDITIONAL INFORMATION REGARDING WIRELESS PROVIDERS

16. Based on my training and experience, I know that wireless providers such as T-Mobile typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as T-Mobile typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the TARGET PHONE's user or users and may assist in the identification of co-conspirators and/or victims.

## AUTHORIZATION REQUEST

17. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

18. I further request that the Court direct T-Mobile to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control. Because the warrant will be served on T-Mobile, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

_____
Jonathan Duquette
Task Force Officer
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Sep 18 2024

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title

9